UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-555-H

ROBERT CHRISTOPHER KETTENBURG                                          PLAINTIFF

V.

YUM BRAND FOODS (Owners of A&W,
Taco Bell, KFC, Long John Silvers, and Pizza Hut)                      DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Robert Kettenburg, has filed a complaint against Defendant, YUM Brand Foods, charging two of its supposed employees with talking on cell phones for the apparent purpose of aiding in a conspiracy to commit a crime of violence and also, on a separate occasion, with attempting to poison him.  Defendant has moved to dismiss.

Plaintiff's allegations do not meet the bare minimum standards for asserting a cause of action under our rules. Plaintiff has failed to identify what actions that Defendant has taken against him.  He has failed to provide the barest factual content for his belief that Defendant had anything to do with actions well outside the normal scope of Defendant's business activity. Even in his response, Plaintiff gives no information why he has reason to believe that Defendant or its employees were involved in the alleged activity.  Even were Plaintiff to provide some factual context for his allegations, the Court can see no grounds for a federal cause of action in these circumstances.  If criminal activity is actually involved, this is a matter which should be pursued through the appropriate authorities directly against the individuals involved.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion for summary judgment is SUSTAINED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

This is a final and appealable order.

cc: Robert Christopher Kettenburg, *Pro Se*
Counsel of Record